*FILED*

# UNITED STATES DISTRICT COURT
Jan 5  1 40 PM '04

## DISTRICT OF CONNECTICUT

_William E. McCarty_
Name of Plaintiff/Petitioner

v.

*DEF II-1 - OERIVIUM CAPITAL LLC*
*FKA - FIRST SECURITY CAPITAL*
*PARKSHORE CENTRE, SUITE 125*

Name of Defendant/Respondent
*ONE BOSTON POST RD*
*CHARLESTON, S.C 29407*

Case No. _3:03 CV651/ MRK_

*DEF II 2 - WACHOVIA BANK*
*FKA - FIRST UNION CORPORATION*
*FKA - WHEAT FIRST SECURITIES*
*901 EAST BYRD ST, 2ND FLR*
*RICHMOND, VA 23219*

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

*DEF II 3 - AMERICAN*
*ARBITRATION ASSOCIATION*
*950 WARREN AV*
*EAST PROVIDENCE, RI*
*02I*

1.  Your full name: _WILLIAM EDWARD McCARTY_

    Your present mailing address: _113 GROVE PL  WEST HAVEN_

    _CT  06516_

    Telephone number: _(203) 933-0214_

2.  Are you presently employed? YES ____ NO _✓_

3.  If your answer to #2 is YES, please provide the name and address of your employer
    and the amount of your usual weekly earnings. _____

    _____

    _____

    Weekly earnings: _____

4.  If you are not presently employed, please provide the name and address of your
    last employer, the date (approximate) that you last worked, and the amount of
    weekly earnings you were receiving. _____

    _CONSOLIDATED FREIGHTWAY, NORWALK  CT_

(Rev. 1/2/03)
Date last worked: _OCT  1981_

Weekly earnings: _____

5.   Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? _____

b) interest, dividends, rents or investments of any kind? _____

c) gifts or inheritances of any kind? _____

6.   How much money do you have in any checking or savings account(s)?

Checking: _$1,000.00_____

Savings: _$ 1,300.00_____

Prison account: _____

7.   Do you own any real estate, stocks, bonds, notes, (automobiles) boats, or other valuable property (excluding household items and clothing)? YES _✓_ NO ____

If YES, describe the property and state the approximate value: _____

_FORD EXPLORER SUV -1999   $15,000.00_____

_____

8.   How much money do you owe others? _____

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

9.   List the persons who depend upon you for support, and state your relationship to them.

_JOAN F MCCARTY - SPOUSE_

_____

_____

_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES _____  NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

    _____

    _____

    _____

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _FAILURE TO PROVIDE FAIR_

    _MARKET VALUE OF STOCKS TRANSFERRED TO PERIVIUM LLC_

(Additional space on next page)

_FAILURE TO RESPOND TO LETTERS REQUESTING_

_INFORMATION ON HOW AND WHY THE PRICE WAS SET_

3

*AT STATED AMOUNT, FAILURE TO ACT ON A REQUEST FOR A RE-LOAN, COSTING ME A loss OF $500,000.00*

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name *LEONARD L LEVY*

Date you contacted this attorney *AUGUST 2002*

Method of contact (in person, by telephone, etc.) *TELEPHONE*

Reason why attorney was not employed to handle your case *I WAS UNABLE TO PAY. ATTORNEY FEE PRIOR TO START OF AN INTERVIEW/MEETING*

b) Attorney's name *AMERICAN BAR ASSOCIATION*

Date you contacted this attorney *LATE 1999*

Method of contact (in person, by telephone, etc.) *TELEPHONE*

Reason why attorney was not employed to handle your case *NO ONE WOULD ACCEPT CASE OR HAD KNOWLEDGE OF MY SECURITIES ISSUES*

c) Attorney's name _____

Date you contacted this attorney _____

4

Method of contact (in person, by telephone, etc.) _____

_____

Reason why attorney was not employed to handle your case _____

_____

_____

15.    Explain any other efforts you have made to obtain an attorney to handle your case.

CONTACTED THE CT ATTORNEY GENERAL FOR

HELP IN FINDING A LAWYER _____

_____

_____

_____

16.    Please provide any other information which supports your application for the court to appoint counsel. SEE ATTACHMENT A AND

UNABLE TO PROVIDE UP FRONT ATTORNEY FEES

ATTACHMENT A IS A COPY OF A LETTER I

SENT TO C.F. DRONEY U.S. DISTRICT JUDGE

_____

17.    Do you need a lawyer who speaks a language other than English?
YES _____ NO ✓

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this

5

information to the court.  <u>See</u> Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed <u>in forma pauperis</u> and/or on this application for appointment of counsel are false, my case may be dismissed.  <u>See</u> 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

_12/31/03_
Date

_William E. McCarty_
Original Signature of Movant

_WILLIAM E MCCARTY_

_113 GROVE PL_

_WEST HAVEN CT 06516_
Printed Name and Address of Movant

(Rev. 1/2/03)

If this motion is being filed AFTER the case is opened, the movant is required to serve

all opposing parties or their attorneys and a certificate of service is required, showing

6

all parties served and their addresses in accordance with LR5(b).  Failure to supply the

certificate of service will result in the motion being returned to the movant,

unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

_____

_____

_____

_____

_____

_____

_____

Original Signature of Movant

(Rev. 1/2/03)