UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. McCARTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv651 (MRK) |
| | : | |
| DERIVIUM CAPITAL, LLC, et al, | : | |
| | : | |
| Defendants. | : | |

**RULING [DOC. #11]**

On April 9, 2003, the plaintiff filed a Motion for Appointment of Counsel [doc. #4] and on September 16, 2003, Judge Droney issued a ruling [doc. #8] denying without prejudice the plaintiff's request for counsel on the grounds that plaintiff had failed to demonstrate that his position in the case is likely to have merit. The plaintiff filed a second Motion for Appointment of Counsel [doc. #11] on January 5, 2004 that states a claim that is substantially identical to the one rejected by Judge Droney in his September 16, 2003 ruling.

The Second Circuit has emphasized the "importance of requiring indigent litigants seeking appointed counsel 'to first pass the test of likely merit.'" *Ferrelli v. River Manor Health Care Center*, 323 F.3d 196, 204 (2d Cir. 2003) (quoting *Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 173 (2d Cir. 1989). Consequently, as the plaintiff has failed to demonstrate the requisite merit, his request for appointment of counsel [doc. #11] is DENIED, without prejudice.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 8, 2004.