UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

William E. McCarty
Joan F. McCarty
Plaintiff

Civil Case NO. 3:03-CV-00651-MRK

vs.

Derivium Security
Capital
FKA: First Security
Capital
1 Boston Post Rd.
Suite 125
Charleston, SC 29407

February 2, 2004



Wachovia Bank
FKA. Wheat First Securities
FKA. First Union Corp.
901 East Byrd St.
2nd Floor
Richmond, VA 23219

American Arbitration Assoc.
950 Warren Ave
East Providence, RI 02914
Defendants

## MOTION TO EXTEND TIME PERIOD FOR PLAINTIFF TO FILE MOTION FOR DEFAULT AND SUMMARY JUDGEMENT

The Plaintiff, pursuant to Local Rule 7(B)(1) moves the court for a thirty (30) day extension of time in order to prepare and put everything together for motion of Summary Judgement, according to Federal Rule 55, default, and local and federal rules of civil Procedure rule 56.

This is the first motion to extend time pertaining to the motion.

THE PLAINTIFF

By _[signatures]_ 2/2/04
William E. McCarty
Joan F. McCarty

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the date posted to parties of record:

DERIVIUM SECURITY CAPITAL
1 BSTN. POST RD.
SUITE 125
CHARLESTON, S.C. 29407

WACHOVIA BANK
901 EAST BYRD ST.
2nd. FLOOR RICHMOND, VA. 23219

William E. McCarty
William E. McCarty
113 Grove Place
West Haven, CT 06516

CS. 3:03-CV-00651-MRK

PRO SE GRANTED
4/9/03

AMERICAN ARBITRATION ASSC
950 WARREN AVE.
EAST PROVIDENCE R.I. 02914

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday January 30, 2004
2:15 p.m.

CASE NO. **3:02cv1471 MRK**   Simpson v. Denardo, et al

Christopher Arciero
Sack, Spector & Karsten
836 Farmington Ave. #221
West Hartford, CT 06119-1544

Marcia J. Gleeson
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119-1544

STATUS CONFERENCE HELD

DATE: 1/31/04

5 min.

Raymond B. Rubens
295 Congress St., PO Box 1555
Bridgeport, CT 06601-1555

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday January 30, 2004
3:30 p.m.

CASE NO. **3:02cv2137 MRK**   **McDonald v. Austin, et al**

Kristi E. Mackin
Brown Raysman Millstein Felder & Steiner
Cityplace II 10 Floor
185 Asylum Street
Hartford, CT 06103

STATUS CONFERENCE HELD

DATE: 1/31/04

10 M.A.

Paul S. McCarthy
Attorney General's Office
University of Connecticut
605 Gilbert Rd., U-177
Storrs, CT 06269-1177

James M. Sconzo
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK