UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

William E. McCarty
Joan F. McCarty
Plaintiff                                   Civil Case NO. 3:03-CV-00651-MRK

vs.

Derivium Security                           February 11, 2004
Capital
FKA: First Security
Capital
1 Boston Post Rd.
Suite 125
Charleston, SC 29407

Wachovia Bank                               Pro-Se   4-9-03 Granted
FKA. Wheat First Securities
FKA. First Union Corp.
901 East Byrd St.
2nd Floor
Richmond, VA 23219

American Arbitration Assoc.
950 Warren Ave
East Providence, RI 02914
Defendants

## FOR PLAINTIFF TO FILE
## MOTION FOR DEFAULT AND SUMMARY JUDGEMENT

The Plaintiff, pursuant to Local Rule 7(A)(1) moves the court Summary

Judgement, according to Federal Rule 55, default, and local and federal rules of civil

Procedure rule 56.

Summary Judgement

THE PLAINTIFF

By _William E. McCarty_ 2/11/04
 _Joan F. McCarty_
William E. McCarty
Joan F. McCarty

*113 GROVE PLACE*
*WEST HAVEN CT 06516*

I CERTIFY THAT I HAVE MAILED
COPIEC TO

DERIVIUM SECURITY CAPITAL
FKA FIRST SECURITY CAPITAL
I BSTN POST RD. SUITE 125
ATTN CHARLEC CATHCART PRES.
A COPY OF MY MOTION FOR
SUMMARY JUDGEMENT &
DEFAULT.

I CERTIFY THE SAME FOR WACHOVIA
BANK FKA WHEAT UNION CORP.
901 EAST BYRD ST. 2nd FLOOR
RICHMOND VA. ATTN. MR. GEORGE
GORDON III V.P.

I CERTIFY THE SAME FOR AMERICAN ARBITRATION
ASSC. 950 WARREN AVE. EAST PROV. R.I.
ATTN MS. CATHERINE SHANKS VP.

William E. Mc Carter

113 GROVE PL. WEST HAVEN CT. 06516    2-12-04