UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. McCARTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv651 (MRK) |
| | : | |
| DERIVIUM CAPITAL, LLC, et al, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion To Extend Time Period For Plaintiff To File Motion For Default And Summary Judgment for thirty (30) days [doc. #13], dated February 2, 2004, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
              U.S.D.J.

Dated at New Haven, Connecticut: February 13, 2004.