UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. McCARTY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:03cv651 (MRK) |
| : | |
| DERIVIUM CAPITAL, LLC, et al, : | |
| : | |
| Defendants. : | |

**ORDER TO SHOW CAUSE**

Defendants shall have until **October 11, 2004** to show cause why default should not be entered against them for failure to appear and respond in the above-captioned matter. Defendants are on notice that failure to respond to this order may result in entry of default and eventual default judgment against them.

The Motion for Default Judgment [doc. #14] and Motion for Summary Judgment [doc. #14] are DENIED without prejudice to Plaintiff William McCarty's renewal after October 11, 2004 if Defendants have not responded to this Court's Order. If Plaintiff renews his motions, he may do so by filing a motion to renew, and he need not resubmit the supporting documents, though he may submit supplemental documents if he wishes to do so.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 26, 2004.