UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. McCARTY, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:03cv651 (MRK) |
| DERIVIUM CAPITAL, LLC, et al, | : |
| Defendants. | : |

## AMENDED ORDER TO SHOW CAUSE

The Court hereby orders the following:

(1) Defendants shall have until **October 29, 2004** to show cause why default should not be entered against them for failure to appear and respond in the above-captioned matter. Defendants are on notice that failure to respond to this order may result in entry of default and eventual default judgment against them. Defendants should also bear in mind that if they have not been properly served in the above-captioned matter, then the Court will, upon a showing of cause good cause by the Plaintiff pursuant to Fed. R. Civ. P. 4(m), grant Plaintiff an extension of time in order file the appropriate documents with the United States Marshals Service and effectuate service.

(2) Plaintiff's Motion for Default Judgment [**doc. #14**] and Motion for Summary Judgment [**doc. #14**] are DENIED without prejudice to Mr. McCarty's renewal after October 29, 2004 if Defendants have not responded to this Court's Order. If Plaintiff renews his motions, he may do so by filing a motion to renew, and he need not resubmit the supporting documents, though he may submit supplemental documents if he wishes to do so.

(3) Plaintiff's Motion to Renew [**doc. # 18**] is DENIED as premature because it was filed

prior to the date by which the Court previously directed the Defendants to respond.

                            IT IS SO ORDERED.


                        /s/      Mark R. Kravitz
                            United States District Judge

Dated at New Haven, Connecticut: September 27, 2004.