UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

WILLIAM E. McCARTY,

           Plaintiff,

- against -                      Civil No. 3:03cv651 (MRK)

DERIVIUM CAPITAL, LLC, f/k/a FIRST
SECURITY CAPITAL; WACHOVIA BANK,
f/k/a WHEAT FIRST UNION SECURITIES,
f/k/a FIRST UNION CORP.; AMERICAN
ARBITRATION ASSOCIATION,

           Defendants.

10/22/04

------------------------------------------------------------X

FILED
2004 OCT 25 P 1:
U.S. DISTRICT COURT
NEW HAVEN, CT

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Krebsbach & Snyder, P.C., by the undersigned member of the Bar of this Court, hereby appears as counsel of record in the above captioned matter for defendant Wachovia Bank, f/k/a Wheat First Securities, f/k/a First Union Corp. Pursuant to Local Rule 83.1(c) of this Court, service of papers shall also be made on Scott M. Charmoy, Esq., a member of the Bar of this Court, having an office for the transaction of business in person within the District of Connecticut as specified below.

Dated:     New York, New York
            October 22, 2004

          KREBSBACH & SNYDER, P.C.

By: *[signature]*

    Victor A. Machcinski, Jr. (   )
    One Exchange Plaza
    55 Broadway, Suite 1600
    New York, New York 10006
    Tel: (212) 825-9811
    Fax: (212) 825-9828
    E-mail: vmachcinski@krebsbach.com
    Attorneys for Defendant Wachovia Bank,
    f/k/a Wheat First Securities, f/k/a First
    Union Corp.

***Of Counsel:***
Scott M. Charmoy, Esq. (CT 15889)
CHARMOY & CHARMOY, L.L.C.
1700 Post Road, Suite D-3
P.O. Box 745
Fairfield, CT 06824
Tel: (203) 254-9393
Fax: (203) 254-9797
E-mail: charmoy@snet.net

TO: William E. McCarty
   113 Grove Place
   P.O. Box 16684
   West Haven, CT 06516
   Tel: (203) 933-0214
   Plaintiff Pro Se

   Derivium Capital, LLC,
    f/k/a First Security Capital
   Parkshore Center
   1 Poston Road, Suite 125.
   Charleston, SC 29407
   Tel: (843)725-1100
   Fax: (843)725-1111

   American Arbitration Association
   950 Warren Ave.
   East Providence, RI 02914
   Tel: (401) 435-4700
   Fax: (401) 435-6529

2

## CERTIFICATE OF SERVICE

I hereby certify that, on October 22, 2004, I caused a true copy of the within Notice of Appearance to be served on all parties, as listed below, by FedEx next business day delivery, and by First Class United States Mail, postage prepaid.

William E. McCarty
113 Grove Place
P.O. Box 16684
West Haven, CT 06516
Tel: (203) 933-0214
Plaintiff Pro Se

Derivium Capital, LLC,
 f/k/a First Security Capital
Parkshore Center
1 Poston Road, Suite 125.
Charleston, SC 29407
Tel: (843)725-1100
Fax: (843)725-1111

American Arbitration Association
950 Warren Ave.
East Providence, RI 02914
Tel: (401) 435-4700
Fax: (401) 435-6529

Dated:     New York, New York
           October 22, 2004

_____
Victor A. Machcinski, Jr.