**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

-------------------------------------------------------------X

WILLIAM E. McCARTY,

    Plaintiff,

      - against -

DERIVIUM CAPITAL, LLC, f/k/a FIRST
SECURITY CAPITAL; WACHOVIA BANK,
f/k/a WHEAT FIRST UNION SECURITIES,
f/k/a FIRST UNION CORP.; AMERICAN
ARBITRATION ASSOCIATION,

                  Defendants.

10/26/04
-------------------------------------------------------------X

2004 OCT 28 A 9:49

U.S. DISTRICT COURT
NEW HAVEN. CT

Civil No. 3:03cv651 (MRK)

**AFFIDAVIT OF**
**PATRICIA OVERTON**

COMMONWEALTH OF VIRGINIA )
                          :
CITY OF RICHMOND          )

    **PATRICIA OVERTON**, being duly sworn, deposes and says:

    1.    I am employed by Wachovia Securities, LLC ("Wachovia Securities" or the "Company"), a registered broker-dealer headquartered in Richmond, Virginia. Wachovia Securities is a member of the New York Stock Exchange, Inc. Since July 1, 1998, I have served as the Branch Compliance Manager of Wachovia Securities' branch office located at 901 E. Byrd Street, Richmond, Virginia 23219. During that period of time, that street address has also served as the headquarters or "home office" of Wachovia Securities. The "home office" functions take place on floors completely separate from the branch office in which I work.

2.    I have never been employed by an entity known as Wachovia Bank. Since July 1, 1998, there has never been an entity known as Wachovia Bank with offices at 901 E. Byrd Street, Richmond, Virginia.

3.    As part of my duties and responsibilities as Branch Compliance Manager of Wachovia Securities, I routinely sign for papers that are delivered to the branch office. I also sign for papers that are delivered to the Company's home office, which shares the same address.

4.    On or about June 11, 2003, I signed for an envelope that was delivered to the Company at the Richmond, Virginia home office by a United States Marshal. I opened the envelope, looked at the contents and then forwarded the entire contents to the Company's Legal Department in the same building. The envelope contained information that appeared to relate to a lawsuit filed by William E. McCarty. To my knowledge, no other documents were ever delivered by a United States Marshal to the Company's home office by or on behalf of William E. McCarty.

5.    During August 2003, I spoke with Todd Ratner, an attorney in the Legal Department of Wachovia Securities, and confirmed that I had sent all of the contents of the envelope described in paragraph 4 above to the Legal Department.

_Patricia Overton_
Patricia Overton

Sworn to before me this
26 day of October, 2004.

Notary Public
Comm exp 5/31/2006

32250v2                                    2