UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

WILLIAM E. McCARTY,

              Plaintiff,

- against -                                             Civil No. 3:03cv651 (MRK)

DERIVIUM CAPITAL, LLC, f/k/a FIRST            **AFFIDAVIT OF**
SECURITY CAPITAL; WACHOVIA BANK,              **TODD RATNER**
f/k/a WHEAT FIRST UNION SECURITIES,
f/k/a FIRST UNION CORP.; AMERICAN
ARBITRATION ASSOCIATION,

              Defendants.
10/26/04
------------------------------------------------------------X

COMMONWEALTH OF VIRGINIA )
                                    :
CITY OF RICHMOND          )

**TODD RATNER**, being duly sworn, deposes and says:

1.     I am an attorney-at-law admitted to practice as "corporate counsel" in the Commonwealth of Virginia (based on my full admission to the State Bar of Georgia), and am a Vice President of Wachovia Securities, LLC ("Wachovia Securities" or the "Company"). My office address is 901 E. Byrd Street, Richmond, Virginia 23219. I make this affidavit in response to this Court's Amended Order to Show Cause, filed on September 28, 2004, why default should not be entered against the Defendants in the above-captioned action for failure to appear and respond, and in opposition to Plaintiff's motion for default judgment and for summary judgment.

2. There is no entity known as "Wachovia Bank, f/k/a Wheat First Union Securities, f/k/a First Union Corp." as indicated in the caption of this case. Wachovia Securities, LLC is not a bank, and does not do business under the name Wachovia Bank. Wachovia Securities, LLC is a member of the New York Stock Exchange, Inc., and is one of the two registered broker-dealers through which Wachovia Corporation provides brokerage services. Wachovia Securities, LLC is a separate, non-bank affiliate of Wachovia Corporation, f/k/a First Union Corporation, and is headquartered at 901 E. Byrd Street, Richmond, Virginia 23219.

3. As the result of several business combinations, Wachovia Securities, LLC is a successor in interest to a number of broker-dealers that no longer exist, including First Union Securities, Inc. and Wheat First Securities, Inc.

4. During August 2003, I spoke with Patricia Overton, the Branch Compliance Manager of Wachovia Securities' branch office located at 901 E. Byrd Street, Richmond, Virginia, regarding the papers that she signed for on or about June 11, 2003 that had been served by a United States Marshal in connection with Plaintiff's complaint in this action against "Wachovia Bank." I reviewed the papers that had been served. They included a Notice of Lawsuit and Request for Waiver of Service of Summons, bearing the signature of William E. McCarty ("Waiver of Service"), and an undated letter complaint bearing the signature of William E. McCarty ("Complaint"). Attached collectively as Exhibit "A" are copies of the Waiver of Service and the Complaint. I confirmed with Ms. Overton that she had forwarded all of the papers that had been served to the Legal Department, and that there was no Summons contained with the papers that were served. To my knowledge, no Summons has ever been delivered to the Company by or on behalf of William E. McCarty in connection with this action.

5. On August 28, 2003, I spoke by telephone with JoAnne in the Clerk's Office, United States District Court, District of Connecticut, in Hartford, Connecticut. I confirmed with her the date of service by the United States Marshal in this action, and informed her that there was no Summons served by the Marshal. She told me that it was the responsibility of the Plaintiff to provide the Summons, and that he may not have done so in this case.

6. In May 2004, I sent a letter to the Clerk of the Court, copying Judge Kravitz and Plaintiff, indicating that service had been improper and that Rule 4(m) of the Federal Rules of Civil Procedure provides, among other things, that a court dismiss an action *sua sponte* if service of a summons and complaint has not been effected within 120 days after the complaint is filed. (A copy of my letter to the Clerk dated May 7, 2004 is attached as Exhibit "B".) According to the Court's docket sheet in this action, the Complaint herein was filed on April 9, 2003. (A copy of the Court's docket sheet is attached as Exhibit "C".)

_____
Todd Ratner

Sworn to before me this
26 day of October, 2004.

_____
Notary Public

3

AO 398 (Rev. 12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR
# WAIVER OF SERVICE OF SUMMONS

TO:    (A) _WACHOVIA BANK / GEORGE GORDON_

　　　as (B) _FINANCIAL CONSULTANT_ of (C) _WACHOVIA BANK 901 EAST BYRD ST 2ND FR RICHMOND, VA 23219_

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) _CONNECTICUT_ District of _____

and has been assigned docket number (E) **303CV00651 CFD**

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) _30_ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this _____ day of

_____

_William E. McCarty_
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A — Name of Individual defendant (or name of officer or agent of corporate defendant)
B — Title, or other relationship of Individual to corporate defendant
C — Name of corporate defendant, if any
D — District
E — Docket number of action
F — Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver.

Complaint Against:
Wachovia Bank
George M Gordon III
901 East Byrd St
2nd Floor
Richmond, VA 23219
Case# 303CV00651CFD

Wachovia Bank f.k.a Wheat First Union, the security division on Oct 5, 1998 received from Derivium Capital LLC f.k.a. First Security Capital, a portfolio of 6 stock certificates in my name, thus they became the fiduciary of my portfolio. On the 8th day of Oct 1998, they transferred the portfolio back to Derivium Capital LLC. During the three days in question they did nothing to insure that I received the correct amount of money from Derivium Capital, which was to be 90% of the stock value on the 6 stock certificates. The value on the day in question of the stocks was $127,513.63. I only received $90,475.31. (90% of $127,513.63 is $114,764.07) We had a difference of $24,288.76. The records I asked for from Derivium Capital one year later shows the amount to be $127,513.63 gross and 90% equaling $114,764.07.

Also, paper work shows Mr. George M Gordon III did not even receive some of this paper work until 10/15/98 at 1:50:40 pm.

It also shows that Wachovia Bank used my stock certificates to obtain the loan thru a Toronto Dominican Bank for $90,475.31.

Therefore, I am asking for the $24,288.76 difference plus interest of 10.59% compounded for a minimum of 4 ½ years, plus punitive damages of no less than $50,000.00.

*William E McCarty* (signature)
William E McCarty
1 Marydale Rd
West Haven, CT 06516
Case # 303CV00651CFD

Wachovia Corporation
WS2217
901 East Byrd Street
Richmond, VA 23219

Todd Ratner
Legal Department
Tel: (804) 782-3796
Fax: (804) 782-3240
Email: tratner@wachoviasec.com



**WACHOVIA**

May 7, 2004

**VIA OVERNIGHT DELIVERY**

Kevin F. Rowe, Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

    Re:    *McCarty v. Derivium Security Capital, LLC et al.*
             Civil No. 3:03cv651 (MRK)

Dear Mr. Rowe:

    I am an in-house attorney with Wachovia Securities, LLC in Richmond, Virginia. It has recently come to my attention that the Plaintiff in the above-referenced case, Walter E. McCarty, may be attempting to assert claims against my client (improperly identified as Wachovia Bank, f/k/a Wheat First Securities, f/k/a First Union Corp.) in the above-referenced matter.

    Although the court's docket indicates that a Marshal's return of service was filed with respect to Wachovia Bank, neither my client nor any other affiliated entity has been served with a summons in this matter.[1]

    Obviously, my client will retain Connecticut counsel to protect its interests, if necessary. However, given that my client has not been served with process, it should not be forced to incur that expense. Moreover, as more than 120 days have elapsed since the filing of the Complaint, the Court is required to dismiss the action as to my client on its own initiative by Rule 4(m) of the Federal Rules of Civil Procedure.

---

[1] A Marshal did deliver a copy of the Complaint to a Wachovia Securities branch office some time last year, but the packet of documents did not contain a summons, only a Waiver of Service of Summons form (copy enclosed). My client did not elect to waive service in this case, and (to my knowledge) service has not been made subsequently.

25975

Mr. Kevin F. Rowe
May 7, 2004
Page 2

  The courtesy of your response to this letter is respectfully requested. Thank you for your attention to this matter.

              Very truly yours,

              Todd Ratner

Encl.

cc: Hon. Mark R. Kravitz (via overnight delivery, w/ encl.)
   William E. McCarty (via overnight delivery, w/ encl.)

25975

**UPS Next Day Air / UPS Worldwide Express**

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

**TRACKING NUMBER:** 1Z A36 74W 22 1009 776 8

### 1. SHIPMENT FROM

**UPS ACCOUNT NO:** A 3 6 7 4 W

**REFERENCE NUMBER:** 0105 0840432

**NAME:** TODD RATNER     **TELEPHONE:** 804-782-3796

**COMPANY:** WACHOVIA CORPORATION, INC.

901 E. BYRD ST. (WS2217)

**CITY AND STATE:** RICHMOND   **ZIP CODE:** VA 23219

### 2. URGENT DELIVERY TO

**NAME:** Kevin F. Rowe, Clerk

**COMPANY:** USDC, Dist. of CT

**STREET ADDRESS:** 141 Church Street

**CITY AND STATE:** New Haven, CT   **ZIP CODE:** 06510

### 3. WEIGHT
ENTER "LTR" IF LETTER

### 4. TYPE OF SERVICE
[X] NEXT DAY AIR
[ ] EXPRESS (INTL)

For Worldwide Express Shipments Mark an "X" in this box if shipment only contains documents of no commercial value.
[ ] DOCUMENTS ONLY

### 5. OPTIONAL SERVICES
[ ] SATURDAY PICKUP
[ ] SATURDAY DELIVERY
[ ] INSURED VALUE
[ ] C.O.D.

### 6. ADDITIONAL HANDLING CHARGE
[ ] An Additional Handling Charge applies for certain items. See instructions.

### 7. METHOD OF PAYMENT
[X] Bill Shipper — Next Day Air Only
[ ] Bill Receiver
[ ] Bill Third Party
[ ] Credit Card (Diner's Club, MasterCard, Visa)
[ ] Check

### 8. RECEIVER'S / THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.

### 9. SHIPPER'S SIGNATURE: X Todd Ratner

**DATE OF SHIPMENT:** 5/7/04

0101911202609 6/00 MW

SHIPPER'S COPY




Home | About UPS | Contact UPS | Welcome Center

**Tracking**

Log-In  User ID: [ ]   Password: [ ]  →  | Forgot Password   Reg

→ **Track by Tracking Number**
→ Track by Reference Number
→ Import Tracking Numbers
→ Track by E-mail
→ Get Quantum View Files
→ Request Quantum View Notify
→ Void a Shipment
→ Help

### ||||| Track by Tracking Number

**View Tracking Summary**

To see a detailed report for each package, please select the "Detail" link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z A36 74W 22 1009 776 8  Detail | **Delivered** | Delivered on: | May 10, 2004 11:06 A.M. |
| | | Delivered to: | NEW HAVEN, CT, |
| | | Signed by: | WARNER |
| | | Service Type: | NEXT DAY AIR |

Tracking results provided by UPS: Oct 26, 2004 11:28 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

↑ Back to Top



**Find Answers to Your Tracking Questions**

→ Go to Tracking Number FAQ

|

Copyright © 1994-2004 United Parcel Service of America, Inc. All rights reserved.

**UPS Next Day Air**
**UPS Worldwide Express**
**Shipping Document**

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

TRACKING NUMBER: 1Z A36 74W 22 1009 777 7

UPS ACCOUNT NO.: A 3 6 7 4 W

REFERENCE NUMBER: 0105 0840 432

NAME: TODD RATNER
TELEPHONE: 804-782-3796

COMPANY: WACHOVIA CORPORATION, INC.
STREET ADDRESS: 901 E. BYRD ST. (WS2217)
CITY AND STATE: RICHMOND    VA    ZIP CODE: 23219

**To be delivered to:**
NAME: Hon. Mark R. Kravitz
COMPANY: Judge USDC, Dist. of CT
STREET ADDRESS: 141 Church Street
CITY AND STATE: New Haven CT    ZIP CODE: 06510

SHIPPER'S COPY

TYPE OF SERVICE: [X] NEXT DAY AIR

METHOD OF PAYMENT: [X] Shipper — Next Day Air Only

SHIPPER'S SIGNATURE: X Todd Ratner

DATE OF SHIPMENT: 5/7/04

0101911202609 6/00 MW

   

Home | About UPS | Contact UPS | Welcome Center

**Tracking**

Log-In  User ID: [    ]  Password: [    ]  → | Forgot Password    Re

→ **Track by Tracking Number**
→ Track by Reference Number
→ Import Tracking Numbers
→ Track by E-mail
→ Get Quantum View Files
→ Request Quantum View Notify
→ Void a Shipment
→ Help

**|||||| Track by Tracking Number**

**View Tracking Summary**

To see a detailed report for each package, please select the "Detail" link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z A36 74W 22 1009 777 7<br>Detail | **Delivered** | Delivered on:<br>Delivered to:<br>Signed by:<br>Service Type: | May 10, 2004<br>11:06 A.M.<br>NEW HAVEN, CT,<br>WARNER<br>NEXT DAY AIR |

Tracking results provided by UPS: Oct 26, 2004 11:29 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

♦ Back to Top



**Find Answers to Your Tracking Questions**

→ Go to Tracking Number FAQ

Copyright © 1994-2004 United Parcel Service of America, Inc. All rights reserved.

http://wwwapps.ups.com/WebTracking/processInputRequest?HTMLVersion=5.0&loc=e...    10/26/2004

# UPS Next Day Air® / UPS Worldwide Express℠
## Shipping Document

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

**TRACKING NUMBER:** 1Z A36 74W 22 1009 778 6

### 1. SHIPMENT FROM

**UPS ACCOUNT NO:** A3674W

**REFERENCE NUMBER:** 0105 0840432

**NAME:** TODD RATNER
**TELEPHONE:** 804-782-3796
**COMPANY:** WACHOVIA CORPORATION, INC.
**STREET ADDRESS:** 901 E. BYRD ST. (WS2217)
**CITY AND STATE:** RICHMOND    **ZIP CODE:** VA 23219

### 2. EXTREMELY URGENT DELIVERY TO

**NAME:** William E. McCarty
**COMPANY:**
**STREET ADDRESS:** 113 Grove Place
**CITY AND STATE:** West Haven, CT    **ZIP CODE:** 06516

### 3. WEIGHT / DIMENSIONAL WEIGHT

### 4. TYPE OF SERVICE
[X] NEXT DAY AIR
[ ] EXPRESS (INTL)
FOR WORLDWIDE EXPRESS SHIPMENTS — Mark an "X" in this box if shipment only contains documents of no commercial value. [ ] DOCUMENTS ONLY

### 5. OPTIONAL SERVICES
[ ] SATURDAY PICKUP
[ ] SATURDAY DELIVERY
[ ] INSURED VALUE
[ ] C.O.D.

### 6. ADDITIONAL HANDLING CHARGE
[ ] An Additional Handling Charge applies for certain items.

### 7. METHOD OF PAYMENT
[X] BILL SHIPPER
[ ] BILL RECEIVER
[ ] BILL THIRD PARTY
[ ] CREDIT CARD (American Express, Diner's Club, MasterCard, Visa)
[ ] CHECK

### 8. RECEIVER'S / THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.

### 9. SHIPPER'S SIGNATURE: X Todd Ratner

**DATE OF SHIPMENT:** 5/7/04

0101911202609 6/00 MW

SHIPPER'S COPY

CHARGES




Home | About UPS | Contact UPS | Welcome Center

**Tracking**

Log-In User ID: [ ] Password: [ ] ➡ | Forgot Password   Reg

→ **Track by Tracking Number**
→ Track by Reference Number
→ Import Tracking Numbers
→ Track by E-mail
→ Get Quantum View Files
→ Request Quantum View Notify
→ Void a Shipment
→ Help

## Track by Tracking Number

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | May 10, 2004 9:23 A.M. |
| **Location:** | FRONT DOOR |
| **Delivered to:** | WEST HAVEN, CT, US |
| **Shipped or Billed on:** | May 7, 2004 |
| **Tracking Number:** | 1Z A36 74W 22 1009 778 6 |
| **Service Type:** | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| May 10, 2004 9:23 A.M. | ORANGE, CT, US | DELIVERY |
| May 7, 2004 8:02 P.M. | US | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: Oct 26, 2004 11:30 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.



Get more from UPS.com. Register for My UPS today.

**Find Answers to Your Tracking Questions**

→ Go to Tracking Number FAQ

← Back to Tracking Summary

↑ Back to Top

Copyright © 1994-2004 United Parcel Service of America, Inc. All rights reserved.

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:03-cv-00651-MRK**

McCarty v. Derivium Security, et al
Assigned to: Judge Mark R. Kravitz
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: 3:03-mc-00135
Cause: No cause code entered

Date Filed: 04/09/03
Jury Demand: None
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

William E. McCarty          represented by   William E. McCarty
                                             113 Grove Place
                                             PO Box 16684
                                             West Haven, CT 06516
                                             PRO SE

V.

**Defendant**
-----------------------

Wachovia Bank

*fka*
First Union Corp

*fka*
Wheat First Security

American Arbitration Association

Derivium Security Capital

*fka*
First Security Capital

| Filing Date | # | Docket Text |
|---|---|---|
| 04/07/2003 | 1 | MOTION by William E. McCarty to Proceed in Forma Pauperis (Rodko, R.) (Entered: 04/08/2003) |
| 04/09/2003 |   | ENDORSEMENT granting [1-1] motion to Proceed in Forma |

| | | |
|---|---|---|
| | | Pauperis ( signed by Mag. Judge Joan G. Margolis ) (Malone, P.) (Entered: 04/10/2003) |
| 04/09/2003 | | Misc. Case # 3:03-mc-135 transferred to civil docket. (Malone, P.) Modified on 04/29/2003 (Entered: 04/10/2003) |
| 04/09/2003 | 2 | COMPLAINT (Malone, P.) (Entered: 04/10/2003) |
| 04/09/2003 | 3 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 10/9/03 ; Dispositive Motions due 11/8/03 Amended Pleadings due 6/9/03 Motions to Dismiss due 7/9/03 (Malone, P.) (Entered: 04/10/2003) |
| 04/09/2003 | 4 | MOTION by William E. McCarty for Appointment of Counsel (Malone, P.) (Entered: 04/10/2003) |
| 04/09/2003 | | CASE reassigned to Judge Christopher F. Droney (Malone, P.) (Entered: 04/10/2003) |
| 04/09/2003 | | US Marshal 285 forms and instructions returned to plaintiff for completion (Malone, P.) (Entered: 04/10/2003) |
| 05/14/2003 | | NOTICE of Lawsuit and Request for Waiver of Service for Summons issued and handed US Marshal with USM285 forms for service in accordance with order granting IFP (Gothers, M.) (Entered: 05/16/2003) |
| 07/14/2003 | 5 | MARSHAL'S return of service on complaint executed as to American Arbitration on 5/15/03 individually (Gothers, M.) (Entered: 07/15/2003) |
| 07/14/2003 | 6 | MARSHAL'S return of service on complaint executed as to Wachovia Bank on 6/11/03 individaully (Gothers, M.) (Entered: 07/15/2003) |
| 07/14/2003 | 7 | Certified Return Receipt Card of complaint as to Derivium Security on 5/23/03 (Gothers, M.) (Entered: 07/15/2003) |
| 09/16/2003 | 8 | RULING denying wihotu prejudice [4-1] motion for Appointment of Counsel ( signed by Judge Christopher F. Droney ) 1 Page(s) (Gothers, M.) (Entered: 09/16/2003) |
| 11/24/2003 | 9 | Letter MOTION to Change Venue by William E. McCarty. (D'Onofrio, B.) (Entered: 11/25/2003) |
| 11/24/2003 | 10 | Endorsement ORDER granting [9] Motion to Change Venue . Signed by Judge Christopher F. Droney on 11/24/03. (D'Onofrio, B.) (Entered: 11/25/2003) |
| 11/24/2003 | | Case Reassigned to Judge Mark R. Kravitz. Judge Christopher F. |

| | | |
|---|---|---|
| | | Droney no longer assigned to the case. (D'Onofrio, B.) (Entered: 11/25/2003) |
| 01/05/2004 | 11 | MOTION to Appoint Counsel by William E. McCarty. (Depino, F.) (Entered: 01/06/2004) |
| 01/09/2004 | 12 | RULING denying 11 Motion to Appoint Counsel. Signed by Judge Mark R. Kravitz on 1/8/04. (Depino, F.) (Entered: 01/12/2004) |
| 02/02/2004 | 13 | MOTION for Extension of Time to file motion for default and summary judgment by William E. McCarty. (Depino, F.) (Entered: 02/03/2004) |
| 02/12/2004 | 14 | MOTION for Default Judgment and for Summary Judgment by William E. McCarty.Responses due by 3/4/2004 (Depino, F.) (Entered: 02/12/2004) |
| 02/13/2004 | 15 | ORDER granting 13 Motion for Extension of Time. Signed by Judge Mark R. Kravitz on 2/13/04. (Depino, F.) (Entered: 02/17/2004) |
| 02/13/2004 | | Set Deadlines/Hearings: Dispositive Motions due by 3/13/2004. (Depino, F.) (Entered: 02/17/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/06/2004 23:41:08 | | | |
| PACER Login: | rh0253 | Client Code: | |
| Description: | Docket Report | Case Number: | 3:03-cv-00651-MRK |
| Billable Pages: | 2 | Cost: | 0.14 |