UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 OCT 28  A 9: 49

U.S. DISTRICT COURT
NEW HAVEN, CT

-------------------------------------------------------X

WILLIAM E. McCARTY,

            Plaintiff,

   - against -                                       Civil No. 3:03cv651 (MRK)

DERIVIUM CAPITAL, LLC, f/k/a FIRST
SECURITY CAPITAL; WACHOVIA BANK,
f/k/a WHEAT FIRST UNION SECURITIES,
f/k/a FIRST UNION CORP.; AMERICAN
ARBITRATION ASSOCIATION,

            Defendants.

10/27/04

-------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that, on October 27, 2004, I caused true copies of the following documents to be served on all parties, as listed below, by FedEx next business day delivery and by First Class United States Mail, postage prepaid: (1) Memorandum of Law on Behalf of Defendant Wachovia Bank, f/k/a Wheat First Union Securities, f/k/a First Union Corp. in Response to Amended Order to Show Cause Filed September 28, 2004 and in Opposition to Claimant's Motion for Default Judgment and for Summary Judgment; (2) Affidavit of Patricia Overton, sworn to October 26, 2004; and (3) Affidavit of Todd Ratner, sworn to October 26, 2004, with exhibits.

William E. McCarty
13 Grove Place
P.O. Box 16684
West Haven, CT 06516
Tel: (203) 933-0214
Plaintiff Pro Se

Derivium Capital, LLC,
 f/k/a First Security Capital
Parkshore Center
1 Poston Road, Suite 125.
Charleston, SC 29407
Tel: (843)725-1100
Fax: (843)725-1111

American Arbitration Association
950 Warren Ave.
East Providence, RI 02914
Tel: (401) 435-4700
Fax: (401) 435-6529

Dated:    New York, New York
          October 27, 2004

_____
Victor A. Machcinski, Jr.