# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

# APPEARANCE

| | | |
|---|---|---|
| WILLIAM E. McCARTY. | : | CIVIL ACTION |
| PLAINTIFF | : | NO. 3:03CV651 (MRK) |
| V. | : | |
| DERIVIUM CAPITAL, LLC., ET AL. | : | |
| DEFENDANT | : | OCTOBER 27, 2004 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

DERIVIUM CAPITAL, LLC., ET AL., DEFENDANT

_____October 27, 2004_____        _____/s/ Kenneth Rosenthal_____
Date                                  Signature

_____CT05944_____                 _____Kenneth Rosenthal_____
Connecticut Federal Bar Number        Print Clearly or Type Name

_____(203) 772-2600_____          _____271 Whitney Avenue_____
Telephone Number                      Address

_____(203) 772-4008_____          _____New Haven, CT 06511_____
Fax Number

krosenthal@bswlaw.com
Email Address

904849.DOC

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was hand delivered on this 27th day of October, 2004 to the following:

William McCarty
113 Grove Place
West Haven, CT 06516

_____
Signature