UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. McCARTY | : | CIVIL ACTION |
| | : | NO. 3:03cv651 (MRK) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| DERIVIUM CAPITAL, LLC, et al. | : | |
| | : | |
| DEFENDANT | : | OCTOBER 29, 2004 |

**MOTION TO DISMISS**

Pursuant to Fed. R. of Civ. P., Rules 4(m), and Rule 12(b)(5), Defendant, Derivium, LLC ("Derivium") hereby moves to dismiss Plaintiff's action for failure to serve the Summons within the time required.

Pursuant to Fed. R. Civ. P., Rule 4(c), Plaintiff was required to serve the Summons on Derivium within 120 days after filing the Complaint. As set forth in the Affidavit of Charles Cathcart, the founder and managing member of Derivium, Derivium was never served with a summons in this case. See Affidavit of Charles Cathcart, ¶¶ 7 & 8. Pursuant to Fed. R. of Civ. P. Rule 4(m), where, as here, service has not been made within the 120 day time limit, the Court, upon motion, is authorized to dismiss the action (without prejudice) or, in the alternative, order service within an extended time period.

903814

    Based on the foregoing, it is respectfully submitted that this matter should be dismissed as to Derivium.

                    DEFENDANT, DERIVIUM CAPITAL, LLC

                By:_____*s/Kenneth Rosenthal*____
                    Kenneth Rosenthal (ct 05944)
                    BRENNER, SALTZMAN & WALLMAN LLP
                    Its Attorneys
                    271 Whitney Avenue
                    New Haven, CT  06507-1746
                    Juris No. 06063
                    Tel. (203) 772-2600
                    Fax (203) 772-4008

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served by U.S. Mail this 29th day of October, 2004 upon:

William E. McCarty
113 Grove Place
West Haven, CT  06516

                                             *s/Kenneth Rosenthal*
                                             Kenneth Rosenthal (ct 05944)

903814