UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. McCARTY | : | CIVIL ACTION |
| | : | NO. 3:03cv651 (MRK) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| DERIVIUM CAPITAL, LLC, et al. | : | |
| | : | |
| DEFENDANT | : | OCTOBER 29, 2004 |

### DEFENDANT DERIVIUM CAPITAL, LLC'S
### MOTION TO STAY IN FAVOR OF ARBITRATION

Pursuant to the provisions of 9 U.S.C. §3 of the Federal Arbitration Act, Defendant, Derivium Capital, LLC ("Derivium") hereby moves for an order staying the present action, on the grounds that the claims at issue in this litigation are expressly referable to arbitration pursuant to the terms of the arbitration clause included in the written contract between the parties, and on the representation that promptly on the granting of this Motion, Derivium will a file a demand for arbitration with the American Arbitration Association, to be held in Charleston, South Carolina, in accordance with the applicable arbitration clause.

In support of this Motion to Stay, Derivium is filing simultaneously herewith the Affidavit of Charles Cathcart, its founder and managing member, and a Memorandum of Law.

DEFENDANT DERIVIUM CAPITAL, LLC

By: _____*s/Kenneth Rosenthal*_____
Kenneth Rosenthal (ct05944)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
New Haven, CT 06507-1746
Juris No. 06063
Tel. (203) 772-2600
Fax (203) 772-4008

903815

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served via U.S. Mail this 29th day of October, 2004 upon:

William E. McCarty
113 Grove Place
West Haven, CT  06516

                                              *s/Kenneth Rosenthal*
                                    Kenneth Rosenthal (ct 05944)

903815