# EXHIBIT 1

September 14, 2004

Loan Processing Center
ATTN: Maturing Loans Department
1 Boston Post Road
Suite 120
Charleston, SC 29407

RE: Maturing Loan #6893081-2-R10141

Dear Maturing Loan Department

First maturity date October 13, 2001, signed. Second maturity date October 13, 2004, signed date 9-15-04, per original master loan agreement which is the only binding agreement between myself William E. McCarty and Joan F. McCarty, which signed and certified September 29, 1998.

I William E. McCarty and wife Joan F. McCarty roll over our loan #6893081-2-R20252 for three more years from October 13, 2004 thru October 13, 2007, "unless the Honorable Judge Mark R. Kravitz, United Stated District Court, District of Connecticut, 141 Church Street, New Haven, CT 06510 says otherwise".

The rollover is per the original loan contract master agreement signed September 29, 1998, with no exception.

William E. McCarty

Joan F. McCarty

9-15-04

# EXHIBIT 2

From: Yuri Debevc 843-725-1116 To: John Kern                Date: 10/18/2004 Time: 12:01:20 PM                Page 2 of 2

OCT-15-2004 02:07P FROM:                                    TO:18437251116                    P:1

October 15, 2004

Bancroft Ventures LTD.
1 Boston Post Rd.
Suite 120
Charleston, S.C. 29407

ATT.
MR. Yuri Debevc

This is your authorization to close out loan # 689208/-2-R 10141 per our phone conversation on October 15, 2004, for the agreed amount of $9654.19.

This amount to be paid to William E. + Joan F. McCarty by cashiers check, and mailed to P.O. Box 16684, West Haven, CT 06516.

William E. McCarty
WILLIAM E McCARTY

McCARTY
113 GROVE PL.
WEST HAVEN, CT. 06516

JOAN F. McCARTY
Joan F. McCarty
10/15/04

P.S. VERIFY RECEIVING THIS FAX
TO   203 931-7175