UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. McCARTY | : | CIVIL ACTION |
| | : | NO. 3:03cv651 (MRK) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| DERIVIUM CAPITAL, LLC, et al. | : | |
| | : | |
| DEFENDANT | : | OCTOBER 27, 2004 |

**AFFIDAVIT OF CHARLES CATHCART**

I, Charles Cathcart, being duly sworn, do depose and say:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am the founder and managing member of Derivium Capital, LLC, formerly known as First Security Capital, LLC ("Derivium"), a South Carolina limited liability company.

3. Attached hereto as Exhibit A is the September 25, 1998 Master Agreement to Provide Financing and Custodial Services between Derivium and Plaintiff.

4. Attached hereto as Exhibit B is the September 10, 2001 Master Agreement to Provide Financing and Custodial Services between Derivium and Plaintiff.

5. As set forth in Section 13 of Exhibit A, and in Section 12 of Exhibit B, Plaintiff "agree[d] to submit to arbitration in any claims, disputes and controversies" between Plaintiff and Derivium (and/or the "employees, officers, principals, directors, attorneys and agents," of either of them), and "further agree[d] that such arbitration shall proceed in Charleston, South Carolina, and shall be conducted in accordance with the Commercial Arbitration Rules of the American Arbitration Association."

6. Prior to Plaintiff's apparent commencement of the present lawsuit, Plaintiff initiated an arbitration proceeding concerning the same dispute before the American

Arbitration Association ("AAA") in New York. That proceeding was dismissed by the American Arbitration Association based on the language in the arbitration clause under the foregoing agreements, requiring that the arbitration of any claims or disputes proceed before the AAA in Charleston, South Carolina.

7. In May 2003, Derivium received via mail a Notice of Lawsuit and Request for Waiver of Service of Summons, attached as Exhibit C. However, Derivium never executed this Waiver and never waived the requirement of formal service of the Summons and Complaint.

8. Neither Derivium, myself, nor any employees, officers, principals, directors, attorneys or agents of Derivium or myself, were ever thereafter served with the Summons in this case.

The foregoing Affidavit is submitted in support of the Motion to Dismiss and the Motion to Compel Arbitration filed by Derivium in this action.

_____
Charles Cathcart

Subscribed and sworn to before this 27 day of October, 2004.

_____
Notary Public
My Commission Expires: 1/14/2007

BENJAMIN CHARLES COLTEAUX
COMM. #1393786
Notary Public-California
MARIN COUNTY
My Comm. Exp. Jan 14, 2007