UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. McCARTY | : | CIVIL ACTION |
| | : | NO. 3:03cv651 (MRK) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| DERIVIUM CAPITAL, LLC, et al. | : | |
| | : | |
| DEFENDANT | : | NOVEMBER 4, 2004 |

**JOINT REQUEST OF PLAINTIFF WILLIAM McCARTY AND
DEFENDANT DERIVIUM CAPITAL, LLC FOR
REFERENCE FOR SETTLEMENT CONFERENCE**

Based upon discussions between the pro-se plaintiff, William McCarty, and counsel for Defendant, Derivium Capital, LLC, and pursuant to the October 29, 2004 Request for Settlement Conference filed herein, Plaintiff William McCarty and Defendant Derivium Capital, LLC hereby request that the Court refer this matter to a Magistrate Judge and/or Para-Judicial Officer for settlement conference. It is further requested that this settlement conference be scheduled as soon as possible, in that Plaintiff, William McCarty, is scheduled for surgery on December 7, 2004.

| PLAINITFF | DEFENDANT, DERIVIUM CAPITAL, LLC |
|---|---|
| s/See Attached<br>Original to follow by mail<br>William McCarty<br>113 Grove Place<br>West Haven, CT  06516 | By: _[signature]_<br>Kenneth Rosenthal (ct 05944)<br>BRENNER, SALTZMAN & WALLMAN LLP<br>Its Attorneys<br>271 Whitney Avenue<br>New Haven, CT  06507-1746<br>Juris No. 06063<br>Tel. (203) 772-2600<br>Fax (203) 772-4008 |

907928.DOC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by U.S. Mail this 4th day of November, 2004 upon:

William E. McCarty
113 Grove Place
West Haven, CT  06516

Victor A. Machcinski, Esq.
Krebsbach & Snyder
One Exchange Plaza
65 Broadway, Suit 1600
New York, NY  10006

_____
Kenneth Rosenthal (ct 05944)

907928.DOC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM E. McCARTY,                    :   CIVIL ACTION
                                       :   NO. 3:03cv651 (MRK)
            PLAINTIFF                  :
                                       :
     v.                                :
                                       :
DERIVIUM CAPITAL, LLC, et al.,         :
                                       :
            DEFENDANT                  :   NOVEMBER 4, 2004

JOINT REQUEST OF PLAINTIFF WILLIAM McCARTY AND
DEFENDANT DERIVIUM CAPITAL, LLC FOR
REFERENCE FOR SETTLEMENT CONFERENCE

Based upon discussions between the pro se plaintiff, William McCarty, and counsel for Defendant, Derivium Capital, LLC, at the Rule 16 conference held on [illegible], 2004, [illegible] Settlement Conference held herein, Plaintiff William McCarty and Defendant Derivium [illegible] respectfully request that this matter be referred to a Magistrate Judge for a settlement conference to be scheduled as soon as possible. [illegible]

PLAINTIFF                              DEFENDANT DERIVIUM CAPITAL, LLC

/s/ William E. McCarty                 _____
William E. McCarty                     [illegible]
[illegible address]                    [illegible]
[illegible]                            [illegible]