UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. McCARTY | : | CIVIL ACTION |
| | : | NO. 3:03cv651 (MRK) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| DERIVIUM CAPITAL, LLC, et al. | : | |
| | : | |
| DEFENDANT: | | NOVEMBER 4, 2004 |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing documents, which were filed on behalf of the Defendant on October 29, 2004, have been sent via U.S. Mail to counsel for Wachovia Bank, Victor A. Machcinski, Jr., Esq., Krebsbach & Snyder, One Exchange Plaza, 55 Broadway, Suit 1600, New York, NY 10006:

- Defendant Derivium Capital, LLC's Response to Amended Order to Show Cause
- Motion to Dismiss
- Affidavit of Charles Cathcart (dated October 27, 2004)
- Defendant Derivium Capital, LLC's Motion to Stay in Favor of Arbitration
- Defendant Derivium Capital, LLC's Memorandum of Law in Support of Motion to Stay in Favor of Arbitration

DEFENDANT, DERIVIUM CAPITAL, LLC

By: _____
Kenneth Rosenthal (ct 05944)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
New Haven, CT 06507-1746
Juris No. 06063
Tel. (203) 772-2600
Fax (203) 772-4008

907941.DOC

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served by U.S. Mail this 4th day of November, 2004 upon:

William E. McCarty
113 Grove Place
West Haven, CT  06516

Victor A. Machcinski, Esq.
Krebsbach & Snyder
One Exchange Plaza
55 Broadway, Suit 1600
New York, NY  10006

_____
Kenneth Rosenthal (ct 05944)

907941.DOC