## UNITED STATED DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. McCARTY, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03cv651 (MRK) |
| | : | |
| v. | : | |
| | : | |
| DERIVIUM CAPITAL, LLC, et al, | : | |
| | : | |
| Defendants. | : | |

## RULING AND ORDER

The Court hereby GRANTS Defendant Derivium Capital, LLC's Motion for Settlement Conference [**doc. # 29**] and the parties' Joint Motion for Reference for Settlement Conference [**doc. #32**].  With the consent of the Plaintiff, the Court also GRANTS Derivium Capital, LLC's Motion to Stay in Favor of Arbitration [**doc. # 27**].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: November 16, 2004.