UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. McCARTY, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03cv651 (MRK) |
| | : | |
| v. | : | |
| | : | |
| DERIVIUM CAPITAL, LLC, et al, | : | |
| | : | |
| Defendants. | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_  To supervise discovery and resolve discovery disputes

\_\_\_  A ruling on the following motions which are currently pending: Doc. #
_____
_____

  X   A settlement conference.

\_\_\_  A conference to discuss the following:
_____
_____

\_\_\_  Other:_____
_____

SO ORDERED this 16th day of November, 2004 at New Haven, Connecticut.

/s/      Mark R. Kravitz
United States District Judge