UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. McCARTY<br>Plaintiff<br><br>V.<br><br>WACHOVIA BANK, AMERICAN ARBITRATION ASSOCIATION, DERIVIUM SECURITY CAPITAL<br><br>Defendants | CASE NO. 3:03-CV-00651 (MRK)<br><br><br><br>NOVEMBER 23, 2004 |

## APPEARANCE

TO THE CLERK:

Please enter my appearance in the above-entitled case for the defendant American Arbitration Association.

THE DEFENDANT
AMERICAN ARBITRATION ASSOCIATION

By /s/ William H. Champlin III
William H. Champlin III, CT04202
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: (860) 725-6200
Fax: (860) 278-3802
Email: champlin@tylercooper.com
- Its Attorneys -

## CERTIFICATION

This is to certify that I have served a copy of the foregoing on all counsel of record and pro se parties by causing it to be mailed on this 22nd day of November 2004 postage prepaid and properly addressed to:

William E. McCarty
113 Grove Place
P.O. Box 16684
West Haven, CT 06516

Kenneth Rosenthal
Brenner, Saltzman & Wallman
271 Whitney Ave.
P.O. Box 1746
New Haven, CT 06511-1746

Victor A. Machcinski, Jr.
Krebsbach & Snyder
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006

William H. Champlin III

WHCFedAppearance.wpd