UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC -1  A 10: 37
U.S. DISTRICT COURT
NEW HAVEN, CT

-----------------------------------------------------------X

WILLIAM E. McCARTY,

                Plaintiff,

    - against -                                      Civil No. 3:03cv651 (MRK)

DERIVIUM CAPITAL, LLC, f/k/a FIRST
SECURITY CAPITAL; WACHOVIA BANK,
f/k/a WHEAT FIRST UNION SECURITIES,
f/k/a FIRST UNION CORP.; AMERICAN
ARBITRATION ASSOCIATION,

                Defendants.
11/30/04
-----------------------------------------------------------X

## MOTION ON BEHALF OF DEFENDANT WACHOVIA BANK, f/k/a WHEAT FIRST UNION SECURITIES, f/k/a, FIRST UNION CORP FOR EXTENSION OF TIME TO FILE A MOTION TO COMPEL ARBITRATION

During a telephone conference on November 12, 2004, Judge Kravitz requested that Defendant Wachovia file a motion to compel arbitration by November 30, 2004. To date, however, Defendant Wachovia has been unable to locate a pre-dispute arbitration agreement signed by Plaintiff William McCarty. It was Wachovia's practice at the relevant time to require that a new account application containing an arbitration agreement be signed by a client when opening an account. As such, Plaintiff should have been required to sign such an agreement. For this reason, Wachovia respectfully requests that it be given additional time to locate the relevant arbitration agreement or reconsider the merit of filing a motion to compel arbitration, and that the time for filing any such motion be extended 20 days to December 20, 2004.

Case 3:03-cv-00651-MRK    Document 36    Filed 12/01/2004    Page 2 of 6

Case 3:03-cv-00651-MRK   Document 36   Filed 12/01/2004   Page 3 of 6

Dated:  New York, New York
     November 30, 2004

             Respectfully submitted,

             KREBSBACH & SNYDER, P.C.

             By: _____
               Victor A. Machcinski, Jr. (ct26343)

             One Exchange Plaza
             55 Broadway, Suite 1600
             New York, New York 10006
             Tel: (212) 825-9811
             Fax: (212) 825-9828
             E-mail: vmachcinski@krebsbach.com

             Attorneys for Defendant Wachovia Bank, f/k/a Wheat
             First Securities, f/k/a First Union Corp.

***Of Counsel:***
Scott M. Charmoy, Esq. (ct15889)
CHARMOY & CHARMOY, L.L.C.
1700 Post Road, Suite D-3
P.O. Box 745
Fairfield, CT 06824
Tel: (203) 254-9393
Fax: (203) 254-9797
E-mail: charmoy@snet.net

2

f/k/a WHEAT FIRST UNION SECURITIES,       JUDGMENT
f/k/a FIRST UNION CORP.; AMERICAN
ARBITRATION ASSOCIATION,

         Defendants.
11/30/04
------------------------------------------------------------X

   Defendant Wachovia Bank, f/k/a/ Wheat First Union, f/k/a First Union Corp.

("Defendant Wachovia"), by their attorneys, Krebsbach & Snyder, P.C., having duly applied

for an order granting an extension of time,

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

WILLIAM E. McCARTY,

                Plaintiff,

    - against -                                          Civil No. 3:03cv651 (MRK)

DERIVIUM CAPITAL, LLC, f/k/a FIRST
SECURITY CAPITAL; WACHOVIA BANK,
f/k/a WHEAT FIRST UNION SECURITIES,
f/k/a FIRST UNION CORP.; AMERICAN
ARBITRATION ASSOCIATION,

                Defendants.

11/30/04

-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2004, I caused true copies of the following documents to be served on all parties, as listed below, by FedEx next business day delivery and by First Class United States Mail, postage prepaid: (1) Motion on Behalf of Defendant Wachovia Bank, f/k/a Wheat First Union Securities, f/k/a First Union Corp. for Extension of Time to File a Motion to Compel Arbitration; (2) Proposed Order.

William E. McCarty
13 Grove Place
P.O. Box 16684
West Haven, CT 06516
Tel: (203) 933-0214
Plaintiff Pro Se

Kenneth Rosenthal
Brenner, Saltzman & Wallman
271 Whitney Ave.
P.O. Box 1746
New Haven, CT 06511-1746
Counsel for Derivium

William H. Champlin III
Tyler Cooper & Alcorn LLP
City Place – 35th Floor
Hartford, CT 06103-3488
Counsel for the American Arbitration Association

Dated:   New York, New York
November 30, 2004

_____
Victor A. Machcinski, Jr.