**UNITED STATED DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM E. McCARTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv651 (MRK) |
| | : | |
| DERIVIUM CAPITAL, LLC, et al, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

The Motion On Behalf Of Defendant Wachovia Bank, f/k/a Wheat First Union Securities,

f/k/a, First Union Corp. For Extension Of Time To File A Motion To Compel Arbitration [doc.

# 36], dated November 30 , 2004, is hereby **GRANTED**.   Defendant Wachovia Bank may file a

Motion to Compel Arbitration on or before **December 20, 2004**.


IT IS SO ORDERED.


/s/       Mark R. Kravitz
United States District Judge


Dated at New Haven, Connecticut: December 3, 2004.