UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 10 P 12: 57
U.S. DISTRICT COURT
BRIDGEPORT CONN

WILLIAM E. MCCARTY

v.                           CIVIL NO: 3:03CV651 (MRK)

DERIVIUM SECURITY CAPITAL, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, <u>Satya P. Asija, Esquire, 7 Woonsocket Avenue, Shelton, CT 06484, Tel: (203) 924-9538</u> is appointed as *pro bono* counsel for the plaintiff, <u>William McCarty</u>, in the above-captioned case for settlement purposes only. Counsel is directed to contact the above-named plaintiff as soon as possible and file a <u>pro bono</u> appearance in this case.

Dated at Bridgeport, Connecticut this 6th day of December, 2004.

KEVIN F. ROWE, Clerk
By

Cynthia Earle,
Staff Attorney