# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## PRO BONO APPEARANCE

William E. McCarty

v

Derivium Security Capital et al

CASE NUMBER: Civil 3:03CV651(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for: Plaintiff William McCarty

Settlement Conference on Feb 2, 2005 at 2:30 PM before Judge Honorable Garfinkel.

| | |
|---|---|
| Dec. 14, 2004 | Signature |
| Date | |
| CT20493 | S. Pal Asija |
| Connecticut Federal Bar Number | Print or Type Name |
| (203)-924-9538 | OUR PAL LLC |
| Telephone Number | Firm Name |
| | 7 Woonsocket Ave |
| | Address |
| | Shelton   CT   06484-5536 |
| | City    State    Zip Code |

*FILED 2004 DEC 20 P 2:21 U.S. DISTRICT COURT*

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

**William H. Champlin, III**
Tyler Cooper & Alcorn
Cityplace-35Th Floor
Hartford, CT 06103-3488

**Victor A. Machcinski, Jr.**
Krebsbach & Snyder
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006

**Kenneth Rosenthal**
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)