UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. McCARTY : | CASE NO. 3:03-CV-00651 (MRK) |
|     Plaintiff : | |
| V. : | |
| : | |
| WACHOVIA BANK, AMERICAN : | |
| ARBITRATION ASSOCIATION, : | |
| DERIVIUM SECURITY CAPITAL : | |
| : | FEBRUARY 1, 2005 |
|     Defendants : | |

## APPEARANCE

TO THE CLERK:

Please enter my appearance in the above-entitled case for the defendant American Arbitration Association.

                                THE DEFENDANT
                                AMERICAN ARBITRATION ASSOCIATION

By _____
Michael T. McCormack, CT13799
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: (860) 725-6200
Fax: (860) 278-3802
Email: mmccormack@tylercooper.com
- Its Attorneys -

## CERTIFICATION

This is to certify that I have served a copy of the foregoing on all counsel of record and pro se parties by causing it to be mailed on this 1st day of February 2005 postage prepaid and properly addressed to:

William E. McCarty
113 Grove Place
P.O. Box 16684
West Haven, CT 06516

Kenneth Rosenthal
Brenner, Saltzman & Wallman
271 Whitney Ave.
P.O. Box 1746
New Haven, CT 06511-1746

Victor A. Machcinski, Jr.
Krebsbach & Snyder
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006

_____
Michael T. McCormack