UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR -8  P 2: 22

U.S. DISTRICT COURT
NEW HAVEN, CT

WILLIAM E. McCARTY,

    Plaintiff,

v.

DERIVIUM CAPITAL, LLC ET AL.,

    Defendants.

CIVIL ACTION NO. 3:03-CV-00651 (MRK)

March 7, 2005

## MOTION TO DROP DEFENDANT DERIVIUM CAPITAL, LLC AS DEFENDANT PURSUANT TO SETTLEMENT AGREEMENT

Pursuant to Fed. R. Civ. P. Rule 41(a), and the terms of a confidential settlement agreement between Plaintiff and Defendant Derivium Capital, LLC, Plaintiff William E. McCarty hereby moves that Defendant Derivium Capital, LLC be dropped as a defendant in this action, leaving outstanding Plaintiff's claims against Defendants Wachovia Bank and American Arbitration Association, only.

THE PLAINTIFF
WILLIAM E. McCARTY

By: _____ 3/7/05
S. Pal Asija
His Attorney
Our Pal LLC
7 Woonsocket Avenue
Shelton, CT 06484-5536
Juris No. ct20493
Tel. (203) 924-9538

MotionDerivium.doc

## CERTIFICATION

This is to certify that the foregoing was sent this 7th day of March 2005, via first-class mail, postage prepaid, to the following:

William E. McCarty
113 Grove Place
P.O. Box 16684
West Haven, CT  06516

Kenneth Rosenthal
Brenner, Saltzman & Wallman LLP
271 Whitney Ave.
New Haven, CT  06511

Victor A. Machcinski, Jr.
Krebsbach & Snyder
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY  10006

William H. Champlain III
Tyler, Cooper & Alcorn LLP
City Place
35th Floor
Hartford, CT  06103

_____  3/7/05
S. Pal Asija

MotionDerivium.doc