**UNITED STATED DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM E. McCARTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv651 (MRK) |
| | : | |
| DERIVIUM CAPITAL, LLC, et al, | : | |
| | : | |
| Defendants. | : | |

**NOTICE TO PRO SE LITIGANT**

The Court has recently received three letters from Plaintiff William McCarty, all dated March 22, 2005. All three letters concern the settlement discussions that Mr. McCarty recently engaged in with the Defenadants in this case.

The Court advises Mr. McCarty that letters cannot be docketed and do not become part of the record. From this point on, any document filed in this case must bear a caption (see caption above) and must be accompanied by a signed statement certifying that the document has been served on all the Defendants in this case.

The Court also cautions Mr. McCarty that parties are not permitted to divulge to the Court the contents of settlement discussions. Accordingly, the Court will not take any action with respect to the letters regarding Mr. McCarty's discussions with Wachovia Bank and the American Arbitration Association and these letters will not be filed as part of the record in this case.

Finally, the Court will refer Mr. McCarty's letter regarding his settlement discussions with

Defendant Derivium Capital to Magistrate Judge Garfinkel who presided over the settlement discussions.  The Court directs Mr. McCarty not to submit any further "confidential" correspondence regarding this case to the Court, as the Court is not permitted to engage in *ex-parte* communications – in other words, the Court is not permitted to communicate with one party to the exclusion of the other.

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____
United States District Judge

**Dated at New Haven, Connecticut on <u>March 24, 2005</u>**.