United States District Court
District of Connecticut

William E. McCarty, Plaintiff
Case # 3:03-cv-00651 MRK Pro Se granted 4/9/03
VS.
American Arbitration Association
Wachovia Bank Defendants

FILED
March 22, 2005

05 APR 25  A 10: 25

. DISTRICT COURT
NEW HAVEN, CT

Attention: Honorable Mark R. Kravitz, United States District Judge

This letter is to advise your Honor that the mediation hearing with the Honorable William I. Garfinkel, Federal Court House, Bridgeport, CT, Wednesday February 2, 2005 at 2:30 and the above defendants American Arbitration Association accomplished nothing.

1) The attorney for A.A.A. was more interested in getting back to Hartford, CT. as it was he had other plans. He continued to brow beat Attorney Asija to get an OK from myself or Judge Garfinkel to let me leave, saying there is no case here. Attorney Pasija then let him go. Reason Attorney Asija gave me was it was good relation move, as he also worked for American Arbitration Association. In my opinion A.A.A. made no attempt to resolve this matter, they just left.

2) I would like to continue my request for summary judgment and default judgment as defendant A.A.A filed way after allotted time to join any process and continues to make a mockery of myself and this court.

3) Mr. William E. McCarty and my wife, Joan F. McCarty, now ask if this matter or case not settle; request as Pro Se plaintiff a trial by jury, which is our constitutional right.

4) S. Pal Asija, Attorney of 7 Woon Sockey Ave, Shelton, CT 06484 was appointed by your Honor, with my OK, to draft a settlement memorandum to Judge William I. Garfinkel, Federal Court, Bridgeport, Ct.

Attorney Asija, on first contact with me stated "it would be in my best interest that I sign a retainer agreement that way he would work harder for me and it would benefit me, financially in the end". I said I would think about it and let him know when we met for the first time. That meeting took place at my daughter's house, 1 Marydale Rd., West Haven, CT. We spent about 1 ½ hours going over my paperwork. Attorney Asija than said there should be no problem winning this case. Attorney Asija than handed me a retainer agreement all made out to sign. The 4th agreement he put in front of me I signed when he said " I don't know what you will get with only a settlement motion, but you will get a lot more if I represent you. Attorney Asija than told me he has been an attorney for A.A.A. and still was. I asked if Judge Kravitz knew this, he told me he you did. When I asked Attorney Asija if your office OK'd this Attorney Asija said yes. Attorney Asija than told me later at his office he new nothing about stocks, portfolios, etc. He than said he was a patent lawyer. This was in his about a week to ten days before we met in

Judge Garfinkel's office. Attorney Asija advised me he was prepared to present and rebut my case. I asked him to show me what he had. Attorney Asija would not show me, nor did he have anything except a white legal pad with notes from our meeting in his office, which only covered settlement amounts. Even as late as last week I asked to see what he prepared, he refused, but said he showed everything to Judge Garfinkel, who Attorney Asija said "you seem well prepared", I don't believe he showed anything to Judge Garfinkel.

The only thin Attorney Asija seemed interested in was seeing nothing happened to American Arbitration Association, because it would affect his future with A.A.A. I do not want Attorney Asija to ever represent me again. I also believe this should be brought to the attention of the American Arbitration Association, by your office, as they had to know this. Also, the Law Firm of Tyler Cooper and Alcorn, LLP should be made aware how their attorney acted that day.

Mr. William E. McCarty

Mrs. Joan F. McCarty

cc: Tyler Cooper and Alcorn, LLP
    Attn: Mr. Tyler Cooper
    Attn: Mr. William H. Champlin III
    City Place – 35th Floor
    Hartford, CT 06103-3488

    American Arbitration Association
    950 Warren Ave.
    E. Providence, RI 02914
    Attn: C. Shanks