United States District Court
District of Connecticut
Case # 3:03 CV 651 MRK
Plaintiff
vs.
Defendants:
Wachovia Bank FKA Wheat First Union SecurityFirst Union Corp. AKA First Union
Banking Copr. Of N.C.

March 22, 2005

FILED

2005 APR 25 A 10: 25

U.S. DISTRICT COURT
NEW HAVEN, CT

American Arbitration Association
Attention: Honorable Mark R. Kravitz
United States District Judge

This letter is to advise your Honor that the mediation hearing with the Honorable William I. Garfinkle, Federal Court House, Bridgeport, CT, Wednesday February 2, 2005 at 2:30 pm and the above defendants Wachovia accomplished nothing.

1. The attorney for Wachovia made a small offer, not excepted and left, saying "there is no case here".
2. I, Mr. William E. McCarty, state again for record Attorney S. Paul Asija is not my attorney. He has no idea what the duties of a Fiduciary are.
3. Prior to the agreement by all parties to mediation Wachovia Bank, FKA Wheat First Union Securities, FKA First Union Corp. filed statement of facts for the most part were untrue or of no merit.

Their statement of fact no entitiy as "Wachovia Bank". Than I guess Wachovia Chief Executive Mr. Kennedy Thomason was wrong in his statement of August 4, 2004, to the S.E.C. in targeting Wachovia. Need I say more.

Now Patricia Overton depo the fact that she works for Wachovia Securities, dated 10/26/04 has no bearing on this case in any shape or manner.

Wheat First Union sent me copies of receiving the six stock certificates from First Security, Derivium. "I did no know who they were. I contacted my accountant, Mr. David Cappetta." I was told that Wheat First Security, a subsidiary of First Union Corp (who later was to buy out Wachovia Banking, bur retain their name "Wachovia"). Mr. George M. Gordon III would be my Fiduciary in these transactions.

Note: Mr. George M. Gordon III now their investment manager, director and investment office who was my financial consultant. Still has his office at 901 East Byrd St, Richmond, VA 23219, phone number still the same 1-800-999-4328 and the 800 number answers Wachovia Securities.

4. We the plaintiffs, Mr. William E. McCarty and Joan F. McCarty, Pro Se, would like to at this time reassert their constitutional right to trial by jury. Reason as you yourself stated this case continued to go sideways, and I believe Wachovia will continue to let this happen.

- Failure to explain or give any reason for what happened.
- Failure to act in the reasonable (let alone best) interest on our behalf.
- Breach of trust and fiduciary duty.
- We the plaintiffs even plan to prove and seek sanctions against the defendant (Wachovia) attorneys through their respective Bar Associations, Grievance Committees for engaging in unethical delay tactics.
- Defamation (libel and slander). Wachovia in house attorney Mr. Todd Rowe, clerk, U.S. District Court, District of Connecticut, New Haven, CT, dated May 7, 2004. Also part attorney Ratner, preliminary statement of 10/27/04 not to be entirely true.

5. Letter to the Honorable Mark R. Kravitz, Judge U.S. District Court, with explanation of the settlement with the defendant Derivium Capital, LLC, FKA First Security Capital, which is of a private matter and has no bearing what so ever on the other parties or any of their business.

William E. McCarty
Joan F. McCarty
Plaintiffs

Cc: Wachovia Bank
Mr. G.M. Gordon III
Attny. Mr. Todd Ratner

Krebsbach and Snyder
1 Exchange Plaza
NY, NY
Attny. Victor A. Machcinski Jr.

Attny. S. Pal Asija
Shelton, CT 06484

Honorable Judge Mark R. Kravitz