UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. McCARTY : | CASE NO. 3:03-CV-00651 (MRK) |
| Plaintiff : | |
| V. : | |
| : | |
| DERIVIUM CAPITAL, LLC, et al. : | |
| : | JUNE 20, 2005 |
| Defendants : | |

**DEFENDANT AMERICAN ARBITRATION ASSOCIATION'S
MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6) and L. Civ. R. 7(a), the defendant, American Arbitration Association ("AAA"), hereby moves the Court to dismiss the Plaintiff's action as to the AAA. The Plaintiff's claims against the AAA are absolutely barred by the doctrine of arbitral immunity because they arise from the AAA's administration of arbitration proceedings between the Plaintiff, Derivium Capital, LLC, and Wachovia Bank. Consequently, the Plaintiff has failed to state a claim upon which relief can be granted against the AAA and, therefore, the AAA should be dismissed from this action. The AAA has filed a supporting Memorandum of Law along herewith.

**ORAL ARGUMENT IS REQUESTED**

WHEREFORE, the AAA respectfully requests that its motion to dismiss the Plaintiff's action be granted.

THE DEFENDANT,
AMERICAN ARBITRATION ASSOCIATION

By _____
William H. Champlin III, CT04202
Michael T. McCormack, CT13799
James R. Byrne, CT14632
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: (860) 725-6200
Fax: (860) 278-3802
Email: champlin@tylercooper.com
       mmccormack@tylercooper.com
       jbyrne@tylercooper.com
- Its Attorneys -

## **CERTIFICATION**

This is to certify that I have served a copy of the foregoing on all counsel of record and pro se parties by causing it to be mailed on this 20th day of June, 2005 postage prepaid and properly addressed to:

William E. McCarty
113 Grove Place
P.O. Box 16684
West Haven, CT 06516

Kenneth Rosenthal
Brenner, Saltzman & Wallman
271 Whitney Ave.
P.O. Box 1746
New Haven, CT 06511-1746
(for Derivium Capital)

Victor A. Machcinski, Jr.
Krebsbach & Snyder
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006
(for Wachovia Bank)

_____
Michael T. McCormack