UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. McCARTY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil No. 3:03cv651 (MRK) |
| | : |
| DERIVIUM CAPITAL, LLC, et al, | : |
| | : |
| Defendants. | : |

**NOTICE TO PRO SE LITIGANT**

One of the Defendants in this case, the American Arbitration Association has recently filed a Motion to Dismiss [doc. #52] in this case. The Court directs Mr. McCarty to respond to the American Arbitration Association's motion on or before **July 12, 2005**. **Failure to meet this, or any other deadlines set by the Court may result in dismissal of Mr. McCarty's entire lawsuit**.

                                                     IT IS SO ORDERED.


                                            /s/      Mark R. Kravitz
                                                   United States District Judge


**Dated at New Haven, Connecticut on June 29, 2005**.