# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| WILLIAM E. McCARTY | : | CASE NO. 3:03-CV-00651 (MRK) |
| Plaintiff | : | |
| V. | : | |
| | : | |
| WACHOVIA BANK, AMERICAN | : | |
| ARBITRATION ASSOCIATION, | : | |
| DERIVIUM SECURITY CAPITAL | : | |
| | : | JULY 19, 2005 |
| Defendants | : | |

## APPEARANCE

TO THE CLERK:

Please enter my appearance in the above-entitled case for the defendant American

Arbitration Association in addition to the appearances already on file.

THE DEFENDANT
AMERICAN ARBITRATION ASSOCIATION

By_____
James R. Byrne, CT14632
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: (860) 725-6200
Fax: (860) 278-3802
Email: byrne@tylercooper.com
- Its Attorneys -

## CERTIFICATION

This is to certify that I have served a copy of the foregoing on all counsel of record

and pro se parties by causing it to be mailed on this 19th day of July, 2005 postage prepaid

and properly addressed to:

William E. McCarty
113 Grove Place
P.O. Box 16684
West Haven, CT 06516

Kenneth Rosenthal
Brenner, Saltzman & Wallman
271 Whitney Ave.
P.O. Box 1746
New Haven, CT 06511-1746

Victor A. Machcinski, Jr.
Krebsbach & Snyder
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006

James R. Byrne

LT00003634V001.wpd

- 2 -