FILED

December 1, 2005 A 11: 43

U.S. COURT

United States District Court
District of Connecticut

William E. McCarty  CS #3:03-CV-00GS1(MRK)
Plaintiff              PRO-SE 4/9/03

VS.

Wachovia Bank Association
Defendants

"Request for Jury Trial"

We the Plaintiffs started the first proceedings on these matters in September 1999. It is now early December 2005.

I beg that you, your Honor, Mark R. Krevitz, United States District Judge, not let this case linger any longer. I also, for the record, state that the stress of this case and other factors were the cause of my wife's recent stroke.

This is just to state my case again, to ask the questions again:

First "Wachovia" the facts still remain the same. The defendant Wachovia FNA "First Union Bank". Did not act or perform their duty as our fiduciary in the Derivium Capital, FNA, First Security Capital. These proceedings have now lasted over "three years". This was one of the causes they believe that has led to a severe stroke of my primary caretaker, my wife, Joan F. McCarty, also a plaintiff in this matter.

Therefore any other stalling matters I ask the court to entrust each defendant if they would mail copies of any new case laws they may come up with.

My wife is confined to Whitney Manor, a rehabilitation center, for quite some time. I am disabled and cannot drive.

We still ask for $24,288.76 plus interest from October 13, 1008 until the court date. Punitive damages to be determined by the jury.

This is to advise your Honor that the mediation hearing with the Honorable William I. Garfinkle, Federal Court House, Bridgeport, CT, Wednesday February 2, 2005 at 2:30 pm and the above defendant Wachovia accomplished nothing.

1. The attorney for Wachovia made a small offer, not excepted and left.
2. Prior to the agreement by all parties to mediation Wachovia Bank, FKA Wheat First Union Securities, FKA First Union Corp. filed statement of facts for the most part were untrue or of no merit.

Their statement of fact no entitiy as "Wachovia Bank". Than I guess Wachovia Chief Executive Mr. Kennedy Thomason was wrong in his statement of August 4, 2004, to the S.E.C. in targeting Wachovia. Need I say more.

Now Patricia Overton depo the fact that she works for Wachovia Securities, dated 10/26/04 has no bearing on this case in any shape or manner.

Wheat First Union sent me copies of receiving the six stock certificates from First Security, Derivium. "I did no know who they were. I contacted my accountant, Mr. David Cappetta." I was told that Wheat First Security, a subsidiary of First Union Corp (who later was to buy out Wachovia Banking, bur retain their name "Wachovia"). Mr. George M. Gordon III would be my Fiduciary in these transactions.

Note: Mr. George M. Gordon III now their investment manager, director and investment office who was my financial consultant. Still has his office at 901 East Byrd St, Richmond, VA 23219, phone number still the same 1-800-999-4328 and the 800 number answers Wachovia Securities.

4. We the plaintiffs, Mr. William E. McCarty and Joan F. McCarty, Pro Se, would like to at this time reassert their constitutional right to trial by jury. Reason as you yourself stated this case continued to go sideways, and I believe Wachovia will continue to let this happen.
Failure to explain or give any reason for what happened.
Failure to act in the reasonable (let alone best) interest on our behalf.
Breach of trust and fiduciary duty.
We the plaintiffs even plan to prove and seek sanctions against the defendant (Wachovia) attorneys through their respective Bar Associations, Grievance Committees for engaging in unethical delay tactics.
Defamation (libel and slander). Wachovia in house attorney Mr. Todd Rowe, clerk, U.S. District Court, District of Connecticut, New Haven, CT, dated May 7,

    2004. Also part attorney Ratner, preliminary statement of 10/27/04 not to be entirely true.

5. Letter to the Honorable Mark R. Kravitz, Judge U.S. District Court, with explanation of the settlement with the defendant Derivium Capital, LLC, FKA First Security Capital, which is of a private matter and has no bearing what so ever on the other parties or any of their business.


*William E. McCarty* (signature)　　　　　*Joan F. McCarty* (signature)

William E. McCarty　　　　　　　　　　　Joan F. McCarty
Plaintiff　　　　　　　　　　　　　　　　 Plaintiff


Cc:　Wachovia Bank
　　　Mr. G.M. Gordon III
　　　Attny: Mr. Todd Ratner

　　　Krebsbach & Snyder
　　　1 Exchange Plaza
　　　New York, NY 10006
　　　Attny: Victor A. Machcinski, Jr.

This is to certify that a copy of the foregoing was mailed. Postage prepaid, on the date posted to parties of record:

*Joan J. McCarty*
*William E. McCarty*
William E. McCarty
113 Grove Place
PO Box 16684
West Haven, CT 06516
PRO-SE granted 4/9/03

Victor A. Machcinski Jr.
Krebs, Bach & Snyder
One Executive Plaza
55 Broadway Suite 1600
New York, NY 10006

Wachovia
901 East Byrd St. 2nd Floor
Richmond, VA 23219
ATTN: George M. Gordon