## UNITED STATED DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. McCARTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv651 (MRK) |
| | : | |
| DERIVIUM CAPITAL, LLC, et al, | : | |
| | : | |
| Defendants. | : | |

## **SCHEDULING ORDER**

     Construing Plaintiff William McCarty's Letter Motion for Scheduling Order [doc. #59] as a motion to establish a schedule for briefing on Defendant Wachovia's motion to dismiss, the Court GRANTS Mr. McCarty's Motion insofar as the Court orders Defendant Wachovia to file any motion to dismiss **by December 21, 2005**. Plaintiff McCarty shall respond to any such motion **by January 11, 2006**. A reply brief would be due **by January 18, 2006**. The Court will take the motion under advisement once it is fully briefed.

                                             IT IS SO ORDERED,


                                     /s/     Mark R. Kravitz
                                              United States District Judge

Dated at New Haven, Connecticut: December 7, 2005.