UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X

WILLIAM E. McCARTY,

                     Plaintiff,

        - against -                                Civil No. 3:03cv651 (MRK)

DERIVIUM CAPITAL, LLC, et al.,

                     Defendants.                   December 20, 2005

---------------------------------------------------------------X

**MOTION ON BEHALF OF DEFENDANT WACHOVIA BANK, f/k/a
WHEAT FIRST UNION SECURITIES, f/k/a FIRST UNION CORP.,
TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and L. Civ. R. 7(a), Defendant Wachovia Securities, LLC, erroneously sued herein as Wachovia Bank, f/k/a Wheat First Union Securities, f/k/a First Union Corp. (hereinafter "Wachovia"), hereby moves to dismiss Plaintiff's Complaint in this action on the grounds that (i) this Court lacks jurisdiction over the subject matter of the Complaint, and (ii) Plaintiff has failed to state a claim against Wachovia upon which relief can be granted. Accordingly, Wachovia, the sole remaining Defendant, should be dismissed from this action. Wachovia has filed a supporting Memorandum of Law herewith.

**ORAL ARGUMENT IS REQUESTED**

WHEREFORE, Wachovia respectfully requests that its motion to dismiss Plaintiff's action be granted.

Dated:      New York, New York
            December 20, 2005

                                    Respectfully submitted,

                                    KREBSBACH & SNYDER, P.C.

                                    By: _____
                                        Victor A. Machcinski, Jr. (ct26343)

                                    One Exchange Plaza
                                    55 Broadway, Suite 1600
                                    New York, New York 10006
                                    Tel: (212) 825-9811
                                    Fax: (212) 825-9828
                                    E-mail: vmachcinski@krebsbach.com

                                    Attorneys for Defendant Wachovia Bank, f/k/a Wheat
                                    First Securities, f/k/a First Union Corp.

*Of Counsel:*
Scott M. Charmoy, Esq. (ct15889)
CHARMOY & CHARMOY, L.L.C.
1700 Post Road, Suite D-3
P.O. Box 745
Fairfield, CT 06824
Tel: (203) 254-9393
Fax: (203) 254-9797
E-mail: charmoy@snet.net

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

WILLIAM E. McCARTY,

                Plaintiff,

- against -                               Civil No. 3:03cv651 (MRK)

DERIVIUM CAPITAL, LLC, et al.,

                Defendants.                  December 20, 2005

-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that, on December 20, 2005, I caused true copies of the following documents to be served on all parties, as listed an the annexed Service List, by Federal Express Overnight Courier and by First Class United States Mail, postage prepaid:

1. Motion on Behalf of Defendant Wachovia Bank, f/k/a Wheat First Union Securities, f/k/a First Union Corp., to Dismiss Plaintiff's Complaint; and

2. Memorandum of Law on Behalf of Defendant Wachovia Bank, f/k/a Wheat First Union Securities, f/k/a First Union Corp., in Support of Motion to Dismiss (with Exhibit A).

## SERVICE LIST

William E. McCarty
13 Grove Place
P.O. Box 16684
West Haven, CT 06516
Tel: (203) 933-0214
Plaintiff Pro Se

Kenneth Rosenthal, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511-1746
Tel: (203) 772-2600
Attorneys for Defendant Derivium Capital, LLC

William H. Champlin III, Esq.
Tyler, Cooper & Alcorn, LLP
CityPlace – 35th Floor
Hartford, CT 06103-3488
Tel: (860) 725-6200
Attorneys for Defendant American Arbitration Association

Dated:      New York, New York
            December 20, 2005

_____
Victor A. Machcinski, Jr.

2