FILED
January 10, 2005
2006 JAN 11  A 9:51

U.S. DISTRICT COURT
NEW HAVEN, CT

William E. McCarty, Plaintiff
vs.
Derivium capital, LLC, ET,AL, Defendant

Civil No. 3:03cv651(mrk)
Pro se 4/9/03

Motion on behalf of Plaintiff, William E. McCarty. Why case should not be dismissed against Wachovia Bank, AKA Wheat First Union securities. All under the banner known as First Union Corp. and having to have chosen the name of Wachovia upon purchase.

I ask again, why this case should not be heard by a jury?

The attorney Victor A. Machcinski, Jr. for Wachovia continues to ignore the truths of the facts, which are as follows:

1. Mr. George M. Gordon III was made and became the fiduciary on my behalf regarding the loan transaction between myself and Derivium, record on file with court. "Mr. George Gordon III is still at phone 1-800-999-4328, the only difference the phone answers Wachovia Security now, not Wheat First Union Security. The address also remains the same, 901 East Byrd St., Richmond, VA 23219."
2. Mr. Gordon requested and received the six stock certificates and shows as receiving same on 10/5/98 acting as my fiduciary.
3. Mr. Gordon did contact Toronto Dominium Bank to arrange the loan. ID #98-10-13-B6583900
4. Mr. Gordon also sent to my accountant, Mr. David Cappetta, certificate of stock or bond power on each stock to be signed by my wife and myself giving him power of same, copies on file with court.
5. Wheat First Union's, Mr. George M. Gordon III representing them and acting as my fiduciary did not protect my interest in any wan what so ever. He allowed the Hedge Fund rates obtained from J.B. Oxford, Mr. Doug Macahome, phone 1-800-468-1876 to be used instead of the stock prices for that time of the day 10:02 AM. The worksheet from Mr. Gordon's office is on file with the court.
6. Regarding depos's from Attorney Todd Ratner, Wachovia in house attorney, he should have asked Mr. Gordon, who works at the same address, 901 East Byrd St., Richmond, VA. Than Mr. Ratner would have the facts and not accuse me of improperly asserting claims against his client.

7. The statements of who is who regarding Wachovia was settled in conference call with his Honor, Mark R. Krevitz, myself, Derivium Attorney and Wachovia Attorney on the call. The Statues of Limitation was also settled at that time.
8. What happened with Derivium is a closed matter. That was between them, myself and judge Garfinkel. I can say without any recourse my contract with them came to a close on the loan and it's value. Also Derivium went belly up 20 days later, leaving the State of California with millions of dollars lost and the Federal Government looking for the missing monies. I will say no more on the matter.

Your Honor, I see no reason why this case should be dismissed, and why it should not go to trial by jury.

Respectfully

*William E. McCarty*
William E. McCarty

*Joan S McCarty*
Joan F. McCarty
1 Marydale Rd.
West Haven, CT 06516

Victor A. Machcinski Jr.
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006

Scott M. Charmy, ESQ
1700 Post Rd., Suite D-3
Fairfield, CT 06824

## Certificate of Service

This is to cerify that a copy of the foregoing was mailed, postage prepaid, on the date posted to parties of record:

January 10, 2006

*William E. McCarty*
William E. McCarty
1 Marydale Rd.
West Haven, CT 06516

Pro Se granted 4-9-03

Victor A. Machcinski, Jr.
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006

Scott M. Charmoy, ESQ.
1700 Post Rd. Suite D-3
PO Box 745
Fairfield, CT 06824

Wachovia
ATTN: George M. Gordon III
901 East Byrd St, 2nd Floor
Richmond, VA 23219