UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

WILLIAM E. McCARTY,

                Plaintiff,

  - against -                                     Civil No. 3:03cv651 (MRK)

DERIVIUM CAPITAL, LLC, et al.,

                Defendants.                    January 17, 2006

------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2006, I caused true copies of the following document to be served on all parties, at the address designated for such purpose as listed on the annexed Service List, by depositing a true and exact copy of same, enclosed in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

1. Reply Memorandum on Behalf of Defendant Wachovia Bank, f/k/a Wheat First Union Securities, f/k/a First Union Corp., in Support of Its Motion to Dismiss, dated January 17, 2006.

## SERVICE LIST

William E. McCarty
113 Grove Place
P.O. Box 16684
West Haven, CT 06516
Tel: (203) 933-0214
Plaintiff Pro Se

William E. McCarty
1 Marydale Road
West Haven, CT 06516
Tel: (203) 933-0214
Plaintiff Pro Se

Kenneth Rosenthal, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511-1746
Tel: (203) 772-2600
Attorneys for Defendant Derivium Capital, LLC

William H. Champlin III, Esq.
Tyler, Cooper & Alcorn, LLP
CityPlace – 35th Floor
Hartford, CT 06103-3488
Tel: (860) 725-6200
Attorneys for Defendant American Arbitration Association

Dated:     New York, New York
           January 17, 2006

_____
Victor A. Machcinski, Jr.