UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM E. MCCARTY

    v.                                                                           Civil No. 3:03 cv 651 (MRK)

WACHOVIA BANK, FORMERLY KNOWN AS
FIRST UNION CORPORATION, FORMERLY
KNOWN AS WHEAT FIRST SECURITY,
AMERICAN ARBITRATION ASSOCIATION,
AND DERIVIUM SECURITY CAPITAL

## JUDGMENT

This matter came before the Honorable Mark R. Kravitz, United States District Judge, on defendant, Wachovia Bank's motion to dismiss. On March 21, 2005, defendant Derivium Security Capital was dismissed on plaintiff's motion to dismiss and on November 21, 2005, defendant American Arbitration Association was dismissed on defendant's motion to dismiss. The Court has reviewed all of the papers filed in conjunction with the defendant, Wachovia Bank's motion and on February 22, 2006, issued a Ruling and Order granting the relief.

It is therefore ORDERED and ADJUDGED that judgment of dismissal shall enter for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 24th day of February, 2006.

                                                  KEVIN F. ROWE, CLERK
                                                By

                                                /s/

                                                Patricia A. Villano
                                                Deputy Clerk

EOD: _____